This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**EKER BROTHERS, INC.,**

Plaintiff-Counterdefendant/
Appellant,

**v.**                                                             **NO. 30,163**

**JOHN G. REHDERS,**
**GENERAL CONTRACTOR, INC.,**

Defendant-Counterclaimant/
Appellee.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**Daniel A. Sanchez, District Judge**

Sommer, Udall, Sutin, Hardwick
& Hyatt, P.A.
William H. Lazar
Tesuque, NM

Sommer, Udall, Sutin, Hardwick
& Hyatt, P.A.
Kurt A. Sommer
Candice Lee
Santa Fe, NM

for Appellant

McClaugherty & Silver, P.C.
Joe L. McClaugherty
Tamara R. Safarik
Santa Fe, NM

for Appellee

# MEMORANDUM OPINION

**FRY, Chief Judge.**

Appellant appeals the award of costs in this case. We proposed to dismiss the appeal because the notice of appeal was not timely filed. We have received a response from Appellant in which Appellant claims that it was error for the district court to deny Appellant's motion for extension of time to file the notice of appeal, and therefore, we should not dismiss this appeal. As discussed in our opinion in *Ekers Brothers, Inc. v. John Gl. Rehders, General Contractor*, No. 30,245, we have affirmed the district court's ruling on Appellant's motion. Because the motion for extension to file the notice of appeal was properly denied, Appellant's notice of appeal was untimely.

**CONCLUSION**

For the reasons discussed in this opinion and in our calendar notice, we dismiss Appellant's appeal.

**IT IS SO ORDERED.**

---

**CYNTHIA A. FRY, Chief Judge**

**WE CONCUR:**

_____
**JAMES J. WECHSLER, Judge**

_____
**CELIA FOY CASTILLO, Judge**